EDMUND G. BROWN JR.
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
NEAH HUYNH
Deputy Attorney General
State Bar No. 235377
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5720
  Fax:  (415) 703-5843
  E-mail:  Neah.Huynh@doj.ca.gov
*Attorneys for Defendants Curry and Tilton*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANCE VAN HOOK,<br><br>    Plaintiff,<br><br>v.<br><br>BEN CURRY, Warden, and JAMES E. TILTON, Former Secretary of the CDCR,<br><br>    Defendants. | Case No. C 06-3148 PJH (pr)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE FOR DISPOSITIVE MOTION**<br><br>Judge:  The Honorable Phyllis J. Hamilton |

TO THE HONORABLE PHYLLIS J. HAMILTON:

The parties request that the Court amend the current briefing schedule for Defendants' dispositive motion, as follows:

       1)    Defendants' dispositive motion is due June 30, 2009.

       2)    Plaintiff's opposition is due August 31, 2009.

       3)    Defendants' reply is due September 15, 2009.

In support, the parties state the following:  The current dispositive-motion deadline is May 22, 2009.  (*See* Order 6, Docket 27, Mar. 23, 2009.)  Plaintiff's opposition is due

1

within thirty days from when the motion is served on him. (*Id.*) Defendants' optional reply is due within fourteen days from when the opposition is served on them. The parties need additional time to investigate, conduct research, and interview witnesses. Further, Plaintiff needs additional time because he is incarcerated, is proceeding pro se, and has limited access to the prison law library. Other than Plaintiff's request for an extension of time to file an amended complaint (which was granted), this stipulation is the parties' first request for an extension of time to file and respond to a dispositive motion. (*See* Pl.'s Mot. Enlargement Time, Docket 17, Mar. 27, 2008; Order, Docket 28, March 27, 2009.)

A jury trial date has not been set. The parties believe that the requested extension of time will have minimal impact on the schedule for the case, and no other deadlines will be affected. This request is not made for any purpose of harassment, undue delay, or any improper reason.

The parties so stipulate.

Date: May 7, 2009

Lance Van Hook, CDCR # E-08434
Plaintiff in Pro Se

Date: 5/11/09

Neah Huynh
Deputy Attorney General
Counsel for Defendants Curry and Tilton

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN ACCORDANCE WITH THIS STIPULATION, the Court hereby amends the briefing schedule for Defendants' dispositive motion, as follows.

1) Defendants' dispositive motion is due June 30, 2009.

2) Plaintiff's opposition is due August 31, 2009.

3) Defendants' reply is due September 15, 2009.

The motion will be deemed submitted without oral argument when the reply is due. It is so ordered.

Date: 5/18/09

_____
Phyllis J. H[amilton]
Uni[ted States District Judge]

IT IS SO ORDERED
Judge Phyllis J. Hamilton

SF2007200346; 20198810.doc

# CERTIFICATE OF SERVICE

Case Name:  <u>L. Van Hook v. B. Curry, et al.</u>     No.  <u>C 06-3148 PJH (PR)</u>

I hereby certify that on <u>May 11, 2009</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

STIPULATION AND [PROPOSED] ORDER
AMENDING BRIEFING SCHEDULE FOR DISPOSITIVE MOTION

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>May 11, 2009</u>, I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participant:

Lance Van Hook
E-08434
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960-0686
   *In Pro Se*
   *E-08434*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 11, 2009</u>, at San Francisco, California.

|  S. Redd  |  *(signature)* A. Redd  |
|---|---|
|  Declarant  |  Signature  |

20199363.doc